Rogelio Perez, D-03602
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Petitioner in pro se

FILED
08 AUG 22 PM 1:44
[U.S. DISTRICT COURT stamp]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROGELLIO PEREZ, | Case no. C 08-2001 JSW (PR) |
| Petitioner, | REQUEST FOR EXTENSION OF TIME |
| v. | Judge: The Honorable Jeffrey S. White |
| BEN CURRY (Warden), | |
| Respondent. | |

To the Honorable Jeffery S. White, Judge, United States District Court, Northern District of California.

Petitioner Rogelio Perez Respectfully requests a thirty (30) day extension of time in which to file his Traverse to the respondent's Answer to Perez's habeas corpus petition. The respondent served Perez with his Answer on July 29, 2008.

Perez's request for an extension of time is occasioned by the fact that on June 18, 2008, there was an attempted escape at the Correctional Training Facility, Central Facility. At that time the Correctional Training Facility was placed on lockdown status pending a security search of every cell and dorm housing unit at the Tri-Facility: Central, South, and North. The search was completed

on Friday, August 15, 2008. Perez was prepared to go to the Central Facility law library at his first opportunity on Sunday, August 16, 2008, when there was a riot on the Central Facility yard, causing another lockdown of the Central Facility.

An extension of time is necessary so that Perez can access the Central Facility law library and research case law cited by the respondent and adequately prepare his Traverse.

## CONCLUSION

In that Perez is incarcerated, the respondent will not be prejudiced by a thirty (30) day extension of time. The only one to be prejudiced is Perez, who, if he should prevail, would have his release from custody delayed by 30 days.

WHEREFORE, for the foregoing reasons, it is respectfully requested that an extension of time of thirty (30) day be granted; that Perez's time in which to file his traverse be extended from August 29, 2008, up to an including September 29, 2008.

DATED: 8-19-08

Respectfully requested,

_R. Perez_
Rogelio Perez
Petitioner in pro se

PROOF OF SERVICE BY MAIL

CASE NAME: __PEREZ v. CURRY__

CASE NO. : __C 08-2001 JSW (PR)__

I, __Rogelio Perez__, hereby declare that I am a party to the above titled action and am over the age of eighteen (18), and I did serve a true copy of the following:

REQUEST FOR EXTENSION OF TIME

by placing a true copy in an envelope with first class postage fully prepaid and said envelope surrendered to correctional staff at the Correctional Training Facility for delivery to the prison mail room and therefrom delivered to the local United States Post Office the next business day from which there is postal service between the place of mailing and the addressee:

  Stacey D. Schesser
  Deputy Attorney General
  455 Golden Gate Ave. #11000
  San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct, doing so this 20th day of __August__, 2008, at Soledad, California.

                                            _R. Perez_

Rogelio Perez, D-03602
CTF-EAST DORM (EB-334)
P.O. Box 689
Soledad, CA 93960

LEGAL MAIL
CASE NO. C 08-2001 JSW



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave.
San Francisco, CA 94102



9410283661 0004