IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGELIO PEREZ, | ) | No. C 08-2001 JSW (PR) |
| Petitioner, | ) | |
| vs. | ) | **ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE** |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | (Docket No. 7) |

Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Good cause appearing, Petitioner's request for an extension of time is GRANTED (docket no. 7). Petitioner shall file his opposition on or before thirty days from the date of this order.

IT IS SO ORDERED.

DATED: September 3, 2008

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROGELIO PEREZ,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-02001 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rogelio Perez
D03602
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Dated: September 3, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk